The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GENE R. MONPER, BRETT A. LYNCH, and MARK VETURIS,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY *et al.*,<br><br>Defendants**.** | Case No. 2:13-cv-01569-RSM<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

This matter having come before the Court on Defendants' Motion for Summary Judgment ("Motion") and the Court having considered the Motion and the pleadings filed in support of and in opposition thereto and the remainder of the file herein, now therefore it is hereby **ORDERED** that the **MOTION** is **GRANTED**, and all claims are **DISMISSED WITH PREJUDICE**.

Dated this _____ day of _____, 2016.

_____
The Honorable Ricardo S. Martinez
United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 1
Case No. 2:13-cv-01569-RSM

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

1  *Presented by:*

2  *s/ Ryan P. Hammond*
   Ryan P. Hammond, WSBA #38888
3  rhammond@littler.com
   Deidra A. Nguyen, WSBA #38034
4  dnguyen@littler.com
   LITTLER MENDELSON, P.C.
5  One Union Square
   600 University Street, Suite 3200
6  Seattle, WA  98101.3122
   Phone:         206.623.3300
7  Fax:           206.447.6965

8  _____

   *s/ Evan Miller*
9  Evan Miller, Pro Hac Vice
   Yaakov Roth, Pro Hac Vice
10 Brett Swearingen, Pro Hac Vice

11 JONES DAY
   51 Louisiana Avenue, NW
12 Washington, D.C. 20001
   Tel: (202) 879-3939
13 Fax: (202) 626-1700
   emiller@jonesday.com
14 yroth@jonesday.com
   bswearingen@jonesday.com
15

16 **Attorneys for Defendants**

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 2
Case No. 2:13-cv-01569-RSM

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. I hereby certify that on December 10, 2015, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to The Honorable Ricardo S. Martinez and to the following:

| **Attorneys for Plaintiffs** | **Attorneys for Defendants** |
|---|---|
| Gretchen S. Obrist<br>gobrist@kellerrohrback.com<br>Erin M. Riley<br>eriley@kellerrohrback.com<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel: (206) 623-1900<br>Fax: (206) 623-3384<br><br>David S. Preminger<br>dpreminger@kellerrohrback.com<br>1140 Avenue of the Americas, 9th Floor<br>New York, NY, 10036<br>Telephone: (646) 380-6690 | Evan Miller<br>emiller@jonesday.com<br>Jacob Roth<br>yroth@jonesday.com<br>Brett A. Swearingen<br>bswearingen@jonesday.com<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001 |

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

**Not Applicable**

I declare under penalty of perjury under the laws of the State of Washington that the above is true and correct. Executed on December 10, 2015 at Seattle, Washington.

/s/ *Leili Moore*
Leili Moore
Lemoore@littler.com

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 3
Case No. 2:13-cv-01569-RSM

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300